# Exhibit A – Schedule of Infringing Images

1.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Hyundai <br><br> https://d2yvqewjuuy0k6.cloudfront.net/uploads/397244-1473292576_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=10&_bqH=eJwrM3E1MDf3dXYudyvODDRKi3d2Snf3NEvJT3a1MjGxMjI1sDI0AAIrz3iXYGfbktLk4vw8NTAn3tHPxbYEyA4Ndg2K93SxDQUpNE4rTqkyCjPOCgtUi3d0DrEtTk0sSs4AAEE7Hz4-&GI_ID= |
| Screen Shot Reference | Screen Shot-2018-04-20 at 12.19 PM | | hyundai_16tucsonltd3a_frontview | |

2.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Acura <br><br> https://d19tgj99dtobzo.cloudfront.net/assets/express-promo-right-752ada9daed7e709beed306df9821a72.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/Acura-MDX-Tech-SUV-2016/G0000AJzURqgcK_I/I0000IeyJtBUuhj8 |
| Screen Shot Reference | Screen Shot 2018-04-20 at 12.46 PM | | acura_14mdxtech2a_frontview | |

## Exhibit A – Schedule of Infringing Images

3.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Acura <br><br> https://d2yvqewjuuy0k6.cloudfront.net/uploads/245424-1404431054_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/Acura-RLX-Sedan-2016/G0000tySwHHu8LPc/I00003PMsCX4Q_lg |
| Screen Shot Reference | Screen Shot 2018-04-20 at 10.47 AM | | acura_14rlx1a_frontview | |

4.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Acura <br><br> https://d2yvqewjuuy0k6.cloudfront.net/uploads/394371-1472235339_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=11&_bqH=eJzLz0lPLa8KDA73TDP3KPY0qMoNcvbKCTWsjI.0MrKwMjI1sDI0AAIrz3iXYGfbxOTSokTtopQKNTA_3tHPxbYEyA4Ndg2K93SxDQWpNU4rTqkyCjPOCgtUi3d0DrEtTk0sSs4AABTWIVE-&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 10.47 AM | | acura_16rdxod2fa_frontview | |

## Exhibit A – Schedule of Infringing Images

5.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Coupe-models<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/257386-1406746379_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000SvQFNnyz34M |
| Screen Shot Reference | Screen Shot 2018-04-20 at 06.51 PM | | audi_11ttcoupe2a_frontview | |

6.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Wagon-models<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/257398-1406770407_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=12&_bqH=eJxLdMlzKrAwKkg1qCjKKKhKNM4NS89M8k0tK8i3sjSyMjI1sDI0AAIrz3iXYGfbxNKUTO3EnJyi_MQUNbBQvKOfi20JkB0a7BoU7.liGwpSbpxWnFJlFGacFRaoFu_oHGJbnJpYlJwBAKU0IuQ-&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 10_54_44  am | | audi_13a4allroad1a_frontview | |

## Exhibit A – Schedule of Infringing Images

7.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Audi<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/394372-1472236111_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=42&_bqH=eJxLTMkJ8Y7wi7fIDPOrzC2PTM4LiAizSA1MMYm0MjexMjI1sDI0AAIrz3iXYGfbxNKUTO1EczUwL97Rz8W2BMgODXYNivd0sQ0FqTROK06pMgozzgoLVIt3dA6xLU5NLErOAACtsSAb&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 10.49.36 AM | | audi_16a7tdi1a_frontview | |

8.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Audi<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/394373-1472236116_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=22&_bqH=eJzz8Ev08qlMDnTLco0ozdS1sHQP9S7KyzFLMci2MjOwMjI1sDI0AAIrz3iXYGfbxNKUTO1CYzUwL97Rz8W2BMgODXYNivd0sQ0FqTROK06pMgozzgoLVIt3dA6xLU5NLErOAAB3qR.P&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 10.49 AM | | audi_16q3premplusod1fa_frontview | |

## Exhibit A – Schedule of Infringing Images

9.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Hybrid-models<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/394370-1472234953_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=9&_bqH=eJwzNAkuyKqKcrXUNffULS7P8c_0yE90z_UwNjCwMjSyMjIFUgZAYOUZ7xLsbJuUW66daaEG5sQ7.rnYlgDZocGuQfGeLrahIIXGacUpVUZhxllhgWrxjs4htsWpiUXJGQAp_R60&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 07.47 PM | | bmw_14i8hybridco1b_frontview | |

10.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Buick<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245426-1404432366_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=7&_bqH=eJwzczNNNMnQNQsrNjYK8A3I9rDwCnOrMElL8k22MjKyMjI1sDI0AAIrz3iXYGfbpNLM5Gzt1Lzk_KJUNbBQvKOfi20JkB0a7BoU7.liGwpSbpxWnFJlFGacFRaoFu_oHGJbnJpYlJwBAO7FIQY-&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 11.45 AM | | buick_13encore1a_frontview | |

## Exhibit A – Schedule of Infringing Images

11.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Buick<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245425-1404432356_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=6&_bqH=eJzTNaxMDC718iwIyTDzNgsMSYlIDg8NNXPPyvS1MrWwMjI1sDI0AAIrz3iXYGfbpNLM5GztotT0xBw1sEi8o5.LbQmQHRrsGhTv6WIBClJtnFacUmUUZpwVFqgW7.gcYlucmliUnAEAE18hVQ---&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 11.45 AM | | buick_14regalprem25a_frontview | |

12.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Cadillac<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245427-1404435846_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000hLgXj.j0JdQ |
| Screen Shot Reference | Screen Shot 2018-04-20 at 12.12 PM | | cadillac_10ctsv_frontview | |

## Exhibit A – Schedule of Infringing Images

13.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Cadillac<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245428-1404436327_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=158&_bqH=eJwr1i2rSI_P9axlTPfxzTdJTDU0yDTMikwvNIq0MjYwtDIyNbAyNAACK894l2Bn2.TElMycnMRkNTA33tHPxbYEyA4Ndg2K93SxDQUpNU4rTqkyCjPOCgtUi3d0DrEtTk0sSs4AAPojIPo-&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 12.12 PM | | cadillac_13ats1a_frontview | |

14.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Wagon-models<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245429-1404436336_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000OY89VEuhnk0 |
| Screen Shot Reference | Screen Shot 2018-04-20 at 03_05_33 pm | | cadillac_14ctsvwagon2a_frontview | |

## Exhibit A – Schedule of Infringing Images

15.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Chevrolet<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245432-1404443921_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=14&_bqH=eJxLKyhIL48KLkj3yDYuSgoNdnFyjaooKXazTAy1MrQwtzIyNbAyNAACK89l2Bn27L8nBI1MDPe0c_FFsQODXYNivd0sQ0FKTNOK06pMgozzgoLVIt3dA6xLU5NLErOAACRih_0&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 12.11 PM | | chevrolet_11volt_frontview | |

16.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Hatchback-models<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245434-1404443935_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=36&_bqH=eJwrd0yrjA.Mis93cw4OKncOcPMOz89NDMjLjDSxMrW0MjI1sDI0AAIrz3iXYGfb4oLEomw1MDve0c_FtgTIDg12DYr3dLENBakzTitOqTIKM84KC1SLd3QOsS1OTSxKzgAAgREf2w--&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 06.59 PM | | chevrolet_13spark2a_frontview | |

## Exhibit A – Schedule of Infringing Images

17.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Chevrolet<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245431-1404443910_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=4&_bqH=eJwzysjwdPQMzU8qN3K3KM.qKPc39HTKNowK8jCxsrSwMjI1sDI0AAIrz3iXYGfb5MTcxKJ87eT80oJUNbBQvKOfi20JkB0a7BoU7.liGwpSbpxWnFJlFGacFRaoFu_oHGJbnJpYlJwBADn8Ibk-&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 10.54 AM | | chevrolet_14camarocoupels5a_frontview | |

18.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Minivan-models<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245416-1404979380_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000S06wf_WG9Q0 |
| Screen Shot Reference | Screen Shot 2018-04-20 at 05.03 PM | | chrysler_11townandcountrylimited_frontview | |

## Exhibit A – Schedule of Infringing Images

19.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Chrysler<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245418-1404419278_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000xHkwJosdMgE |
| Screen Shot Reference | Screen Shot 2018-04-20 at 12.44 PM | | chrysler_11200touringconvertible1a_frontview | |

20.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Chrysler<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245423-1404429797_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000HxHW97kCBZ4 |
| Screen Shot Reference | Screen Shot 2018-04-20 at 12.44 PM | | chrysler_11300c_frontview | |

## Exhibit A – Schedule of Infringing Images

21.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Dodge<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245430-1404437395_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000moEGqBKVgEo |
| Screen Shot Reference | Screen Shot 2018-04-20 at 1.59 PM | | dodge_11challengerrtplus_frontview | |

22.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Dodge<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245421-1404423779_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000SS9dn82OA0g |
| Screen Shot Reference | Screen Shot 2018-04-20 at 1.59 PM | | dodge_11journeyexpress_frontview | |

## Exhibit A – Schedule of Infringing Images

23.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/FIAT <br><br> https://d2yvqewjuuy0k6.cloudfront.net/uploads/245410-1404414312_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000KIYUArVtb2Y |
| Screen Shot Reference | Screen Shot 2018-04-20 at 2.25 PM | | fiat_09500lounge_frontview | |

24.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/FIAT <br><br> https://d2yvqewjuuy0k6.cloudfront.net/uploads/331705-1432970034_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I00008PUv9Q5wm3w |
| Screen Shot Reference | Screen Shot 2018-04-20 at 2.25 PM | | fiat_14500l1a_frontview | |

## Exhibit A – Schedule of Infringing Images

25.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Ford<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245419-1404420118_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=4&_bqH=eJzzLUhKKy.1MDTMMTUxLA718PYL9ksLKjTyKSy3MrKwMjI1sDI0AAIrz3iXYGfbtPyiFO20nNQKNTA_3tHPxbYEyA4Ndg2K93SxDQWpNU4rTqkyCjPOCgtUi3d0DrEtTk0sSs4AANBylKU-&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 3.06 PM | | ford_13flexsel1a_frontview | |

26.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/GMC<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245657-1404760087_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000CBhv10f6zkQ |
| Screen Shot Reference | Screen Shot -2018-04-20 at 11.02 AM | | gmc_11sierra2500denalicrewcab_frontview | |

## Exhibit A – Schedule of Infringing Images

27.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/GMC<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245656-1404760072_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000ntR3UoHYzZU |
| Screen Shot Reference | Screen Shot-2018-04-20 at 11.02 AM | | gmc_13acadiadenali2a_frontview | |

28.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Minivan-models<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/257393-1406762875_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=15&_bqH=eJzLCvWL9DbyLkrMSXGKKiosyM83iHT0jrTILEq3MjGyMjI1sDI0AAIrz3iXYGfbjPy8lETt_JTK4uLUSjWwWLyjn4ttCZAdGuwaFO_pYhsKUm.cVpxSZRRmnBUWqBbv6BxiW5yaWJScAQCsPCL9&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 04.03 PM | | honda_14odysseyexl4a_frontview | |

## Exhibit A – Schedule of Infringing Images

29.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Honda<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/389843-1470093650_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=32&_bqH=eJzLd0sNz0kxC6uKqIzIDvFwyXWt9C91MXFOMk.2MjWyMjI1sDI0AAIrz3iXYGfbjPy8lETttMwSNTA_3tHPxRbEDg12DYr3dLENBak1TitOqTIKM84KC1SLd3QOsS1OTSxKzgAA_aghDA--&GI_ID= |
| Screen Shot Reference | Screen Shot-2018-04-20 at 11.43 AM | | honda_15fit2a_frontview | |

30.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Honda<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/389844-1470093654_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=9&_bqH=eJyLtDD0rPJzMsqLSvTI9jJNyTTxjHDy8c4rcA21MjS1MjI1sDI0AAIrz3iXYGfbjPy8lETt5MyyzGTtkvzSosy8dDWwTLyjn4ttCZAdGuwaFO_pYhsK0mWcVpxSZRRmnBUWqBbv6BxiW5yaWJScAQAyziQ9&GI_ID= |
| Screen Shot Reference | Screen Shot-2018-04-20 at 11.43 AM | | honda_16civictouringsa10a_frontview | |

## Exhibit A – Schedule of Infringing Images

31.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|-------|-----|------------------|------------|----------------|
|  | https://roadster.com/Sedan-models<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/257395-1406764446_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000rhvv20xky3g |
| Screen Shot Reference | Screen Shot 2018-04-20 at 03.41 PM | | hyundai_10sonatalimited_frontview | |

32.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|-------|-----|------------------|------------|----------------|
|  | https://roadster.com/Hyundai<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/394368-1472233052_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=17&_bqH=eJzLMAxyNkryNggODwwvSQnxDPEzrHJPDgnxSY20MjaxMjI1sDI0AAIrz3iXYGfbjMrSvJTETO301LzU4sxiNbBovKOfi20JkB0a7BoU7.liGwrSYZxWnFJlFGacFRaoFu_oHGJbnJpYlJwBAKUgIus-&GI_ID= |
| Screen Shot Reference | Screen Shot-2018-04-20 at 12.19 PM | | hyundai_15genesis38sd2a_frontview | |

# Exhibit A – Schedule of Infringing Images

33.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/INFINITI<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245652-1404755327_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I00004LJEdHfcRg8 |
| Screen Shot Reference | Screen Shot-2018-04-20 at 13.56 PM | | infiniti_11g37coupe_frontview | |

34.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/INFINITI<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245653-1404755337_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I00009flxKVIkuwM |
| Screen Shot Reference | Screen Shot-2018-04-20 at 13.56 PM | | infiniti_13qx701a_frontview | |

## Exhibit A – Schedule of Infringing Images

35.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Coupe-models<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245652-1404755327_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=6&_bqH=eJwziIz0Cw_M0vXKcvEIMfQxTMzVTYrU9bH0Skq3Mja2MjI1sDI0AAIrz3iXYGfbQjMDNTAr3tHPxbYEyA4Ndg2K93SxDQWpMk4rTqkyCjPOCgtUi3d0DrEtTk0sSs4AAKSeHTU-&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 06.51 PM | | infiniti_14q60sportcoupe1a_frontview | |

36.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Jaguar<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245663-1404765483_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000mXoPac97jIU |
| Screen Shot Reference | Screen Shot-2018-04-20 at 14.36 PM | | jaguar_12xfportfolio1a_frontview | |

## Exhibit A – Schedule of Infringing Images

37.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Jaguar<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245662-1404765447_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=59&_bqH=eJzzCCoM8U91MvGurMrXTQ5zKQkNzAjIN6xyNzGxMjOzMjI1sDI0AAIrz3iXYGfbtJLKglQ1MDve0c_FtgTIDg12DYr3dLENBakzTitOqTIKM84KC1SLd3QOsS1OTSxKzgAAU5sfWw--&GI_ID= |
| **Screen Shot Reference** | Screen Shot 2018-04-20 at 10.42 AM | | jaguar_14ftype1a_frontview | |

38.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Jeep<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/257388-1406753506_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=53&_bqH=eJzzLQIIycrM9LEwMcjMDffOCinP8_MMK3ENT_S1MjQ1tzIyNbAyNAACK894l2Bn26zU1ALt8qLEvPSc1CJtNbBgvKOfi20JkB0a7BoU7.liGwrSYJxWnFJlFGacFRaoFu_oHGJbnJpYlJwBANJZIyQ-&GI_ID= |
| **Screen Shot Reference** | Screen Shot-2018-04-20 at 15.02 PM | | jeep_11wranglersport_frontview | |

## Exhibit A – Schedule of Infringing Images

39.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Jeep<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/246391-1404842866_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=57&_bqH=eJzLNykMCzY18XPJDTezdDNKcyrzz3AxiTLyzS.3MjQ3sTIyNbAyNAACK894l2Bn2.SM1KL87NRUNTA33tHPxbYEyA4Ndg2K93SxDQUpNU4rTqkyCjPOCgtUi3d0DrEtTk0sSs4AAJ2uIB0-&GI_ID= |
| Screen Shot Reference | Screen Shot-2018-04-20 at 15.02 PM | | jeep_14cherokeesport4a_frontview | |

40.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Kia<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245683-1404775861_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000Iph5nobwS7k |
| Screen Shot Reference | Screen Shot 2018-04-20 at 10.43 AM | | kia_11sportageex_frontview | |

## Exhibit A – Schedule of Infringing Images

41.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Kia <br><br> https://d2yvqewjuuy0k6.cloudfront.net/uploads/245682-1404775803_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=106&_bqH=eJxLLkoLLi0PNAv1Ns0sK_MKMHczdc3WNXeuCPa0MjQ2tzIyNbAyNAACK894l2Bn2.zMRO38gpLM3EQ1sEC8o5.LbQmQHRrsGhTv6WIbClJsnFacUmUUZpwVFqgW7.gcYlucmliUnAEAEyYhMw--&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 10.43 PM | | kia_13optimasxl2a_frontview | |

42.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Land-Rover <br><br> https://d2yvqewjuuy0k6.cloudfront.net/uploads/245706-1404778531_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=2&_bqH=eJwLT0v2SiwyyPM3TQ308fbJdHcOM0w0My70riy3MjS0MjI1sDI0AAIrz3iXYGfbosS89NSi_LLUIm01sEi8o5.LbQmQHRrsGhTv6WIbClJtnFacUmUUZpwVFqgW7.gcYlucmliUnAEAIBAhfA--&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 10.43 AM | | landrover_14rangeroversport2a_frontview | |

## Exhibit A – Schedule of Infringing Images

43.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Lexus <br><br> https://d2yvqewjuuy0k6.cloudfront.net/uploads/245670-1404769682_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000O2.AYmqr6nY |
| Screen Shot Reference | Screen Shot 2018-04-20 at 13.32 PM | | lexus_13lx3a_frontview | |

44.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Hatchback-models <br><br> https://d2yvqewjuuy0k6.cloudfront.net/uploads/257390-1406757215_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000W1wOWlzu35I |
| Screen Shot Reference | Screen Shot 2018-04-20 at 06.59 PM | | lexus_14ct200h1a_frontview | |

## Exhibit A – Schedule of Infringing Images

45.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Lexus<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245671-1404769736_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=27&_bqH=eJxzLSnMDkr0LI3MzncMT7PMdglwzw7Kd3Q3LzGxMje0MjI1sDI0AAIrz3iiXYGfbnNSK0mJtEzMDNTA_3tHPxbYEyA4Ndg2K93SxDQWpNU4rTqkyCjPOCgtUi3d0DrEtTk0sSs4AANx0IHM-&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 12.38 PM | | lexus_16ls460sportsa3fa_frontview | |

46.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Lincoln<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245746-1404781408_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=5&_bqH=eJwLcA.tTHWpKAsyyjR290h0y0oMDzIPdncrC7SwMjIEYlMDK0MDILDyjHcJdrbNycxLzs_JUwPz4h39XGxLgOzQYNegeE8X21CQSuOO4pQqozDjrLBAtXhH5xDb4tTEouQMAKjCIDI-&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 15.30 PM | | lincoln_11mkx_frontview | |

## Exhibit A – Schedule of Infringing Images

47.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|-------|-----|------------------|------------|----------------|
|  | https://roadster.com/Lincoln<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/394369-1472234091_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=72&_bqH=eJwLcA.tTHWpKAsyyjR290h0y0oMDzIPdncrC7SwMjIEYlMDK0MDILDyjHcJdrbNycxLzs_JUwPz4h39XGxLgOzQYNegeE8X21CQSuO04pQqozDjrLBAtXhH5xDb4tTEouQMAKjCIDI-&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 14.32 PM | | lincoln_17mkzselectsa2fa_frontview | |

48.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|-------|-----|------------------|------------|----------------|
|  | https://roadster.com/Maserati<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/321017-1425332459_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=115&_bqH=eJxzC88zCfYIMPFLcyw3LCozDzIsyi0oNCzMMjWxMjQztTIyNbAyNAACK894l2Bn29zE4tSixJJMNTA33tHPxbYEyA4Ndg2K93SxDQUpNU4rTqkyCjPOCgtUi3d0DrEtTk0sSs4AAMWRIJA-&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 14.32 PM | | maserati_13quattroporteq46a_frontview | |

## Exhibit A – Schedule of Infringing Images

49.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Maserati<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/321016-1425332328_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=125&_bqH=eJxzC88zCfYIMPFLcyw3LCozDzIsyi0oNCzMMjWxMjQztTIyNbAyNAACK894l2Bn29zE4tSixJJMNTA33tHPxbYEyA4Ndg2K93SxDQUpNU4rTqkyCjPOCgtUi3d0DrEtTk0sSs4AAMWRIJA-&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 14.32 PM | | maserati_14ghibli1a_frontview | |

50.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Mazda<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/394374-1472236501_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=198&_bqH=eJxzzXRy9DUKDs53jTBLdXRJ9vEML8qPyKvQdU.3MjUysTIyNbAyNAACK894l2Bn29zEqpRENTA73tHPxbYEyA4Ndg2K93SxDQWpM04rTqkyCjPOCgtUi3d0DrEtTk0sSs4AAEyiHz8-&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 11.56 PM | | mazda_15cx3pureeditionod1b_frontview | |

## Exhibit A – Schedule of Infringing Images

51.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/377290-1458575847_000.jpg | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I00002baACVoFCsQ |
| Screen Shot Reference | Screen Shot 2018-04-20 at 7.22 PM | | mazda_16cx51a_frontview | |

52.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Mazda<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/359950-1449793757_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=42&_bqH=eJwz9_WPdyl0NkwsyM7wMK.K8s0rSPX1L8oMMo20MjO3MjI1sDI0AAIrz3iXYGfb3MSqlETt3Ao1MDfe0c_FtgTIDg12DYr3dLENBSk1TitOqTIKM84KC1SLd3QOsS1OTSxKzgAAxf0gjw--&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 10.42 AM | | mazda_16mx5miatagtouringatco4a_frontview | |

## Exhibit A – Schedule of Infringing Images

53.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Luxury-models<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245860-1404786206_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000nB8hEBEVUFc |
| Screen Shot Reference | Screen Shot 2018-04-20 at 07.05 PM | | mercedes_12clsclasscoupe2a_frontview | |

54.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Mercedes-Benz<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245858-1404785896_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=25&_bqH=eJzzDLZIiogwyTM1rkp0cyooL0gMKQwuNI00Nk22MrKwMjI1sDI0AAIrz3iXYGfb3NSi5NSU1GLt9JxsNbBQvKOfi20JkB0a7BoU7.liGwpSbpxWnFJlFGacFRaoFu_oHGJbnJpYlJwBAEK8IdQ-&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 2.20 PM | | mercedes_13glkclass1a_frontview | |

## Exhibit A – Schedule of Infringing Images

55.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Mercedes-Benz<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245859-1404785928_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=38&_bqH=eJwrTPQvcA8oKyk39owo8zIzKA4sCCgPNS91N8i2Mje0MjI1sDI0AAIrz3iXYGfb3NSi5NSU1GLt4hw1sEi8o5.LbQmQHRrsGhTv6WIbClJtnFacUmUUZpwVFqgW7.gcYlucmliUnAEATaYh5w--&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 1.42 PM | | mercedes_13sl63amg6a_frontview | |

56.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Sedan-models<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/257396-1406765044_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000TXtwyvCZ.g0 |
| Screen Shot Reference | Screen Shot 2018-04-20 at 03.04 PM | | mercedes_14cla180sa1b_frontview | |

## Exhibit A – Schedule of Infringing Images

57.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/MINI  https://d2yvqewjuuy0k6.cloudfront.net/uploads/245947-1404788509_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000EcAcktQJ7Uo |
| Screen Shot Reference | Screen Shot 2018-04-20 at 2.43 AM | | mini_11cooperscountryman_frontview | |

58.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/MINI  https://d2yvqewjuuy0k6.cloudfront.net/uploads/245947-1404788509_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000DWOS3rWiQ1M |
| Screen Shot Reference | Screen Shot 2018-04-20 at 2.43 AM | | mini_12coopercoupes1a_frontview | |

## Exhibit A – Schedule of Infringing Images

59.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Mitsubishi<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245950-1404789524_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=30&_bqH=eJwrMiooiAj1z8utjKpK9HDUjY8KS_cvD8gtCTSwMjaysDIyNbAyNAACK894l2Bn25zEvOTUIm01MC_e0c_FtgTIDg12DYr3dLENBak0TitOqTIKM84KC1SLd3QOsS1OTSxKzgAA5Gwgtg--&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-19 at 5.27 PM | | mitsubishi_12lancersportbackgt1a_frontview | |

60.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Mitsubishi<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/245949-1404789497_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000V64OQrGGSVg |
| Screen Shot Reference | Screen Shot 2018-04-20 at 5.43 PM | | mitsubishi_13outlandersportse2a_frontview | |

## Exhibit A – Schedule of Infringing Images

61.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Nissan <br><br> https://d2yvqewjuuy0k6.cloudfront.net/uploads/246910-1404868200_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=1&_bqH=eJyzMIsqC0gJMzKP9EjxDIzMczQ3q0zLyE0Kq7SwMjWwMgJiQwMgsPKMdwl2ts3LLC5OzNPOKs1OVQOLxDv6udiWANmhwa5B8Z4utqEg1cZpxSlVRmHGWWGBavGOziG2xamJRckZABjGIXk-&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 2.57 PM | | nissan_11jukesv_frontview | |

62.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Electric-models <br><br> https://d2yvqewjuuy0k6.cloudfront.net/uploads/257391-1406758579_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=37&_bqH=eJxL9i7wKksxCs91Nc5LTTTNMK7ItTQO9jB3dwy0MjWxMjI1sDI0AAIrz3iXYGfbvMzi4sQ87ZzUxDQ1sEi8o5.LbQmQHRrsGhTv6WIbClJtnFacUmUUZpwVFqgW7.gcYlucmliUnAEADY0hNA--&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 07.43 PM | | nissan_11leafsl_frontview | |

## Exhibit A – Schedule of Infringing Images

63.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Truck-models<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/257397-1406767018_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=15&_bqH=eJwr8bIoKMhwy88tiCgINin28rG0rHTx9kjOc8y2sjCzMjI1sDI0AAIrz3iXYGfbvMzi4sQ87ZLMksQ8NbBQvKOfi20JkB0a7BoU7.liGwpSbpxWnFJlFGacFRaoFu_oHGJbnJpYlJwBAH8.Ing-&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 04_54_40 pm | | nissan_14titanslcrew2wd1a_frontview | |

64.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/377290-1458575847_000.jpg | Header image |  | http://izmostock.photoshelter.com/gallery-image/Nissan-Leaf-SL-Electric-Hatchback-2011/G0000nfok1jfJpBk/I0000MyOC.sMVAnk |
| Screen Shot Reference | Screen Shot 2018-04-20 at 7.22 PM | | nissan_11leafsl1a_frontview | |

## Exhibit A – Schedule of Infringing Images

65.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Truck-models<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/377290-1458575847_000.jpg | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=16&_bqH=eJzLMiwxcy3S9bJwcc60SC4rLir2SfMINEx193a0MjW0MjI1sDI0AAIrz3iXYGfbvMzi4sQ87cSckszcRDWwWLyjn4ttCZAdGuwaFO_pYhsKUm.cVpxSZRRmnBUWqBbv6BxiW5yaWJScAQBaECIZ&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 7.22 PM | | nissan_16altimas5fa_frontview | |

66.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Truck-models<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/246857-1404867845_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=675&_bqH=eJwzCCkPMs0vd_XxdfeIj4zX9c5zLwmOcrP0KPe1MjQyNrIyMjWwMjQAAivPeJdgZ9u8zOLixDxtNTAv3tHPxbYEyA4Ndg2K93SxDQWpNE4rTqkyCjPOCgtUi3d0DrEtTk0sSs4AAKhQIBA-&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 3.23 PM | | nissan_13370zcoupe6a_frontview | |

## Exhibit A – Schedule of Infringing Images

67.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Porsche  https://d2yvqewjuuy0k6.cloudfront.net/uploads/247191-1404871607_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000V_WQnpBB4DU |
| Screen Shot Reference | Screen Shot 2018-04-20 at 5.06 PM | | porsche_11cayenneturbo_frontview | |

68.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Porsche  https://d2yvqewjuuy0k6.cloudfront.net/uploads/247190-1404871579_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000KIxSsS8_..c |
| Screen Shot Reference | Screen Shot 2018-04-20 at 5.04 PM | | porsche_12carrerascoupe7a_frontview | |

## Exhibit A – Schedule of Infringing Images

69.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Performance-models<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/247192-1408149187_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=209&_bqH=eJzzqXIrKK1IS_GPLDEKMvKJz_OuLDWq8Ih0LTCxMjG3tDIyNbAyNAACK894l2Bn24L8ouLkjFQ1MC_e0c_FtgTIDg12DYr3dLENBak0TitOqTIKM84KC1SLd3QOsS1OTSxKzgAA7Vkg7w--&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 02_20_53 pm | | porsche_14cayman2a_frontview | |

70.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/RAM<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/286081-1414889949_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=4&_bqH=eJwrNYnyMndNywo1c_UtSvJzS4n0Kg0pLPJ0Mim2MjSzMjI1sDI0AAIrz3iXYGfbosRc7cLSxBQ1MDfe0c_FtgTIDg12DYr3dLENBSk1TitOqTIKM84KC1SLd3QOsS1OTSxKzgAAr3UgTA--&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 11.54.AM | | ram_141quadlaramie4a_frontview | |

## Exhibit A – Schedule of Infringing Images

71.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Truck-models<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/247930-1405202678_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=21&_bqH=eJxLLXTJNcwPcUvMzk7LKSuPzPYyyQ.3yHZNTTawMja2MjI1sDI0AAIrz3iXYGfbosRc7dzU9EQ1MDfe0c_FtgTIDg12DYr3dLENBSk1TitOqTIKM84KC1SLd3QOsS1OTSxKzgAA6lwg1g--&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 10_43_33 am | | ram_142500laramiemegacab4a_frontview | |

72.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Subaru<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/247937-1405216819_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=7&_bqH=eJyLLzU21s0rCCipdEv1KTM1ryoy88wL8NAt9i23MjU1tDIyNbAyNAACK894l2Bn2.LSpMSiUm01MC_e0c_FtgTIDg12DYr3dLENBak0TitOqTIKM84KC1SLd3QOsS1OTSxKzgAAuXkgVA--&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 14.13 PM | | subaru_13wrxstisedan4a_frontview | |

## Exhibit A – Schedule of Infringing Images

73.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Subaru<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/247936-1405216782_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=233&_bqH=eJyLLzU21s0rCCipdEv1KTM1ryoy88wL8NAt9i23MjU1tDIyNbAyNAACK894l2Bn2.LSpMSiUm01MC_e0c_FtgTIDg12DYr3dLENBak0TitOqTIKM84KC1SLd3QOsS1OTSxKzgAAuXkgVA--&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 13.58 PM | | subaru_13xv4wd1b_frontview | |

74.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/377290-1458575847_000.jpg | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000mX_cWTNt2wM |
| Screen Shot Reference | Screen Shot 2018-04-20 at 7.22 PM | | toyota_14corollal11a_frontview | |

## Exhibit A – Schedule of Infringing Images

75.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/  https://d2yvqewjuuy0k6.cloudfront.net/uploads/377290-1458575847_000.jpg | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=45&_bqH=eJwrKgkxzMgpCHVycSsu8_fyMtI1CwmtKvJxCU.2MjQ3tTIyNbAyNAACK894l2Bn2.TE3KJKNTA73tHPxbYEyA4Ndg2K93SxDQWpM04rTqkyCjPOCgtUi3d0DrEtTk0sSs4AAHCDH5U-&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 7.22 PM | | toyota_15camrysehybrid8a_frontview | |

76.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Toyota  https://d2yvqewjuuy0k6.cloudfront.net/uploads/389842-1470091334_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I00007CFk.4VA6NE |
| Screen Shot Reference | Screen Shot 2018-04-20 at 13.31 PM | | toyota_16landcruiserv811fa_frontview | |

## Exhibit A – Schedule of Infringing Images

77.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Toyota<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/247941-1405313137_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=1094&_bqH=eJzLKPE3SXQpLzD1zyzwzM8rCrQsCDRLziwu9vS1MjQyNrMyMjWwMjQAAivPeJdgZ9uy_Jzs4vLE9NQ8NbBAvKOfi20JkB0a7BoU7.liGwpSbJxWnFJlFGacFRaoFu_oHGJbnJpYlJwBAIQtIoI-&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 15.53 PM | | volkswagen_12eoskomfort2a_frontview | |

78.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Toyota<br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/389841-1470091093_640.png | Header image |  | http://izmostock.photoshelter.com/image?&_bqG=36&_bqH=eJwzzis2yI_XNSyPCPB0dTeJynIPMCrLS08P8ki3MrQ0sDIyNbAyNAACK894l2Bn24KizNJiNTA73tHPxbYEyA4Ndg2K93SxDQWpM04rTqkyCjPOCgtUi3d0DrEtTk0sSs4AAFqdH3E-&GI_ID= |
| Screen Shot Reference | Screen Shot 2018-04-20 at 14.54 PM | | toyota_16priustwo4a_frontview | |

## Exhibit A – Schedule of Infringing Images

79.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Diesel-models<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/257387-1406748491_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000g_qka96UPGM |
| Screen Shot Reference | Screen Shot 2018-04-20 at 06.55 PM | | volkswagen_12passatse7a_frontview | |

80.

| Image | URL | Position on page | izmo Image | izmo Image URL |
|---|---|---|---|---|
|  | https://roadster.com/Volkswagen<br><br>https://d2yvqewjuuy0k6.cloudfront.net/uploads/247940-1405313111_640.png | Header image |  | http://izmostock.photoshelter.com/gallery-image/CIF-EXPED/G0000NcUln3X5DQw/I0000R_xQDC49anQ |
| Screen Shot Reference | Screen Shot 2018-04-20 at 15.32 PM | | volkswagen_12tiguans1a_frontview | |