KAREN S. FRANK (State Bar No. 130887)
LAWRENCE J. SISKIND (State Bar No. 85628)
THOMAS A. HARVEY (State Bar No. 235342)
MARK L. HEJINIAN (State Bar No. 281417)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   kfrank@coblentzlaw.com
         ef-ljs@cpdb.com
         ef-tah@cpdb.com
         ef-mlh@cpdb.com

Attorneys for Plaintiff
IZMO, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IZMO, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROADSTER, INC., <br><br> Defendant. | Case No. 5:18-cv-06092-NC <br><br> [Related Case No. 5:19-cv-02679-NC] <br> **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> Trial Date:  March 16, 2020 |

12589.007 4813-7961-2330.1

1

Case No. 5:18-cv-06092-NC

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

The parties to case nos. 5:18-cv-06092-NC and 5:19-cv-02679-NC, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of case nos. 5:18-cv-06092-NC and 5:19-cv-02679-NC, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

DATED: October 31, 2019      COBLENTZ PATCH DUFFY & BASS LLP

By: _____/s/ Mark L. Hejinian_____
Mark L. Hejinian
Attorneys for Plaintiff
IZMO, INC.

DATED: October 31, 2019      BARNES AND THRONBURG LLP

By: _____/s/ Deborah Pollack-Milgate_____
Deborah Pollack-Milgate
Attorneys for Defendant
ROADSTER, INC.

**ORDER**

The stipulation is approved. Case nos. 5:18-cv-06092-NC and 5:19-cv-02679-NC, including all claims and counterclaims stated herein against all parties, are hereby dismissed with prejudice.

Dated: 11/1/2019



Judge Nathanael M. Cousins